FILED

12 MAR -9 AM 10: 44

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIF...

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUENOM, INC., <br><br> Plaintiff, <br> vs. <br> ARIA DIAGNOSTICS, INC.; and ISIS INNOVATION LIMITED, Nominal Defendant, <br><br> Defendants. | CASE NO. 12-cv-189 – BEN (BGS) <br><br> ORDER LIFTING STAY |

This is a patent infringement action. On February 27, 2012, Defendant Aria Diagnostics, Inc. filed an *ex parte* motion to stay pending resolution of Plaintiff Sequenom, Inc.'s motion to dismiss or transfer Aria's first-filed action in the Northern District of California. On February 29, 2012, the Court granted Aria's *ex parte* motion, temporarily staying this action pending the resolution of Sequenom's motion to dismiss or transfer. On March 7, 2012, Judge Illston denied Sequenom's motion in the first-filed action. Accordingly, the Court hereby **LIFTS THE STAY** in this action. The previously set briefing schedule on Sequenom's motion for preliminary injunction shall remain in effect.

**IT IS SO ORDERED.**

Date: March __, 2012

Honorable Roger T. Benitez
United States District Judge

- 1 -

12cv189 – BEN (BGS)