| | |
|---|---|
| Michael J. Malecek (State Bar No. 171034) | IRELL & MANELLA LLP |
| michael.malecek@kayescholer.com | David I. Gindler (State Bar No. 117824) |
| Peter E. Root (State Bar No. 142348) | dgindler@irell.com |
| peter.root@kayescholer.com | Andrei Iancu (State Bar No. 184973) |
| Stephen C. Holmes (State Bar No. 200727) | aiancu@irell.com |
| stephen.holmes@kayescholer.com | Amir Naini (State Bar No. 226627) |
| KAYE SCHOLER LLP | anaini@irell.com |
| Two Palo Alto Square Suite 400 | 1800 Avenue of the Stars, Suite 900 |
| 3000 El Camino Real | Los Angeles, California 90067-4276 |
| Palo Alto, CA 94306 | Palo Alto, CA 94306 |
| Telephone:  (650) 319-4500 | Telephone:  (310) 277-1010 |
| Facsimile:  (650) 319-4700 | Facsimile:  (310) 203-7199 |
| Attorneys for Defendant | Attorneys for Defendant |
| SEQUENOM, INC. | ARIA DIAGNOSTICS, INC. |

SUGHRUE MION, PLLC
John B. Scherling (SBN. 122234)
jscherling@sughrue.com
Antony M. Novom (SBN 207043)
anovom@sughrue.com
4250 Executive Square, Suite 900
La Jolla, CA 92037
Telephone:     (858) 795-1180
Facsimile:      (858) 795-1199

Attorneys for Nominal Defendant
ISIS INNOVATION LIMITED

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUENOM, INC<br><br>          Plaintiff,<br><br>v.<br><br>ARIA DIAGNOSTICS, INC.,<br><br>          Defendant,<br><br>     and<br><br>ISIS INNOVATION LIMITED<br><br>          Nominal Defendant, | Case No. 3:12-cv-0189-BEN-BGS<br><br>**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [L.R. 7.2]**<br><br>Hon. Roger T. Benitez |

**TO THE COURT AND ALL PARTIES OF RECORD:**

WHEREAS, on January 24, 2012, Plaintiff Sequenom, Inc. ("Sequenom") filed a complaint in the above entitled action against Defendants Aria Diagnostics, Inc. and Nominal Defendant Isis Innovation Limited ("Defendants");

WHEREAS on February 28, 2012, Defendants answered Plaintiff's complaint;

WHEREAS all parties have agreed to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without prejudice, with all parties to bear their own fees and costs;

**Therefore, the parties request that this action be dismissed without prejudice.**

Respectfully submitted,

Dated: March 14, 2012          KAYE SCHOLER LLP

By:  *s/ Michael J. Malecek*
    Michael J. Malecek
    Attorneys for Plaintiff
    SEQUENOM, INC.

Dated: March 14, 2012          IRELL & MANELLA LLP

By:  *s/ David I. Gindler*
    David I. Gindler
    Attorneys for Defendant
    ARIA DIAGNOSTICS, INC.

Dated: March 14, 2012          SUGHRUE MION, PLLC

By:  *s/ John B. Scherling*
    John B. Scherling
    Attorneys for Nominal Defendant
    ISIS INNOVATION LIMITED

**ATTESTATION CLAUSE**

I, Michael J. Malecek, hereby attest in accordance with Electronic Case Filing Administrative Policies and Procedures, Section 2f4 that David I. Gindler, counsel for Aria Diagnostics, Inc. and John B. Scherling, counsel for Isis Innovation Limited, have provided their concurrence with the electronic filing of the foregoing document entitled Joint Motion For Dismissal Without Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii) [L.R. 7.2].

Dated: March 14, 2012                              By:  *s/ Michael J. Malecek*
                                                                Michael J. Malecek

## CERTIFICATE OF SERVICE

I, Michael J. Malecek, hereby certify that on March 14, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

*s/ Michael J. Malecek*
Michael J. Malecek