UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUENOM, INC<br><br>Plaintiff,<br><br>v.<br><br>ARIA DIAGNOSTICS, INC.,<br><br>Defendant,<br><br>and<br><br>ISIS INNOVATION LIMITED<br><br>Nominal Defendant, | Case No. 3:12-cv-0189-BEN-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>**[Doc. No. 24]**<br><br>Hon. Roger T. Benitez |

Plaintiff Sequenom, Inc., Defendant Aria Diagnostics, Inc., and Nominal Defendant Isis Innovation Limited submitted a joint motion, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7.2, to dismiss this action without prejudice, with all parties to bear their own fees and costs. Having considered the joint motion, the Court **GRANTS** it.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the above entitled action is hereby dismissed without prejudice. All parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Date: March /5, 2012

Honorable Roger T. Benitez
United States District Judge